# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>**RAUL ALCANTAR,**  )<br>  )<br>  )<br>  Defendant.  )<br>_____) | Case No. 21-CR-00333-JLS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for April 2, 2021 at 1:30 p.m., in the above entitled case, be continued to May 14, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that, for the reasons stated in the parties' joint motion, time is excluded under the Speedy Trial Act, Title 18 U.S.C. §3161(h)(l)(D) and§ 3161(h)(7)(A) and (B)(i), in furtherance of the ends of justice and to prevent a miscarriage of justice. Time is excluded until May 14, 2021.

**IT IS SO ORDERED.**

Dated: 03/24/2021

HON. JANIS L. SAMMARTINO
U.S. DISTRICT JUDGE